## Exhibit A to the Complaint

**Location:** San Antonio, TX  **IP Address:** 70.114.47.243
**Total Works Infringed:** 24  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D323B4EC16C8CD83752B6A5E4B65DEED95346FA2<br>File Hash:<br>32BB57E161FF42FDD49E28DBBB43994CDD455364EEA844B2396E47DDB7E46DA2 | 12-04-2022 19:38:31 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 2 | Info Hash: 3FD8DDB73D73F9C1D313EFF67CE543DF105AE0CE<br>File Hash:<br>6A43F4085409E6BA5721766B89DC1FEEB0A6484D00604BBCB4FE074B7F8BFA01 | 12-04-2022 14:00:46 | Slayed | 04-05-2022 | 04-21-2022 | PA0002353031 |
| 3 | Info Hash: 0E913315A3973DF6AD0BE9876D15FAB2DDF9D30E<br>File Hash:<br>63CD2C0A12F13494CF43FAF9B20A8DEAFF89DEB397B07172243EF45320B35E38 | 11-04-2022 21:55:16 | Vixen | 03-11-2022 | 04-21-2022 | PA0002353783 |
| 4 | Info Hash: 0F058C65F3232B7C21FC46A70D9A282290A70729<br>File Hash:<br>13F283614EA119F14F567A4C85407B6D90A09735B58AE12228BE7A085CB81F34 | 11-04-2022 21:21:49 | Vixen | 02-11-2022 | 02-14-2022 | PA0002335457 |
| 5 | Info Hash: E2D4A404654D90063AD427121874DAE5BE1A7196<br>File Hash:<br>C47E1A387F715C5B217AC156AA84F4B5FD8C3E147D5EAAADDE08C263A8A6A59C | 11-04-2022 08:42:39 | Slayed | 01-11-2022 | 02-03-2022 | PA0002341794 |
| 6 | Info Hash: 3C0443FF390767BA5B427401087ADB1B626BCE22<br>File Hash:<br>E520AAE48CD901AFC55DC2F91A93F95D694D5474712E3610243878B86B759E13 | 11-01-2022 06:21:59 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 7 | Info Hash: DA9FC5624A00B5B18BEFBCF28AB66119198189DD<br>File Hash:<br>A790D67972270A9C923425B5B622571F18871C5E7F96E96867150001EDD3B377 | 11-01-2022 05:54:48 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 8 | Info Hash: 56BF0671C368B87782691AB922B69AF7CF37FB90<br>File Hash:<br>13E72D5238F3DDCC10A5CDD7C75111454B81CF7F0D553172C185DF3F25617EE6 | 10-31-2022 17:39:55 | Vixen | 01-29-2019 | 03-24-2019 | PA0002182715 |
| 9 | Info Hash: 510C2BAB64EA5525520E00137D9908D94024D1AB<br>File Hash:<br>1C51B794FEAF50F037AB80706445580AD627E13343301FD34EDCC500BF4AB121 | 10-31-2022 14:09:46 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 10 | Info Hash: 07ED11AC0EC82B0CEFBF62C39FCF5223444BC2E0<br>File Hash:<br>DC87B9EA7DF8B95C787AD8F0BF6150147E8898487880BD42F1A3748E7A8D53A4 | 10-31-2022 14:02:21 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 11 | Info Hash: AD5C18C1994C5C7C76E738EE43E039563A9A8BD2<br>File Hash:<br>6C8BFD68D9A18180B8BCAC1B5CAF5ED59CA39E57F01E76638702D71B369E3134 | 10-30-2022 22:32:37 | Vixen | 11-15-2019 | 12-03-2019 | PA0002232048 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: A83F4EC5922C112BE37DAE66274D109EDB82FE84<br>File Hash: FB03344F09C922C4144FE320E0D99B122B579E4D865A25EEC79FF59D08B6FCFF | 10-30-2022 19:35:53 | Vixen | 06-10-2022 | 06-27-2022 | PA0002354995 |
| 13 | Info Hash: FA559A61850FE6B3A7C43F46FE168F51ABCB8C2A<br>File Hash: F8A46AEC8B6B5FEDEA126180DB4ED9C9B694D8A1CB2EC79EBF46465179F5BB42 | 10-30-2022 19:34:47 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 14 | Info Hash: DE00285CDC5F2F3A2D02D98133147476F144C14D<br>File Hash: 395ACDAEEFF369C0DDDE0DDD3850ACCA1AC20A12CC5EAC8F2173EA2F8AA2B3EF | 10-30-2022 09:01:16 | Vixen | 07-08-2018 | 07-26-2018 | PA0002112152 |
| 15 | Info Hash: 10E95AA960403A02807B086D651EBB92DB4BE7C7<br>File Hash: 3A9F2FB9507C68462A8B5861DE8A247687BF5EDD514E55C555AD6440DAE20678 | 10-30-2022 08:48:09 | Vixen | 02-08-2019 | 03-24-2019 | PA0002183193 |
| 16 | Info Hash: FFE5224A5E3925847375F8E327267AC2B3148E49<br>File Hash: 5DDEDA2C21234E18A2388E4956D2DFAC0A8A6DA58AEE52EEDECD4A8DBE69AA33 | 10-27-2022 12:09:48 | Vixen | 12-25-2019 | 01-03-2020 | PA0002219640 |
| 17 | Info Hash: D2DDFFECCBBB08FD6FC8A70B89DB307276CC73A7<br>File Hash: CCB1334ACDB8D410F38DDA3BCDC79A6FD7D18941840D14C855F2866FFD8F9B4A | 10-27-2022 12:09:15 | Vixen | 02-13-2020 | 03-15-2020 | PA0002240552 |
| 18 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash: 478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 10-27-2022 04:23:39 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 19 | Info Hash: 34F0DA2F0CCF929271FCC00697F4B9070B8C4254<br>File Hash: 14077D361F4604AA9DBBE92C06966CEF5BB7DC4073ECF07D76458645073A9F67 | 10-27-2022 04:17:54 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |
| 20 | Info Hash: 00783959987FB8DB89EF83A65108801CE87E72DE<br>File Hash: E85980CA85AD8EDAA171D8682A1F5D353E18F525631C246FCAF60067AD8BF4D4 | 10-26-2022 23:57:12 | Vixen | 08-02-2019 | 08-22-2019 | PA0002195510 |
| 21 | Info Hash: 654CFBA775433926717A3E0D58C90196F0413460<br>File Hash: BE957B752D7675E37648F2D81C3040F9E272C6D4588CBDFAB6E52E785DD954C9 | 10-25-2022 23:04:35 | Vixen | 10-16-2020 | 11-18-2020 | PA0002272621 |
| 22 | Info Hash: 76D21AD8087AA69EB7BF4DF16ED603A1411A7EC4<br>File Hash: 881B0BBBE91B6CE7C3868F008B3DEBAF1457A2EF08F853226BC34984B338C2B5 | 10-25-2022 15:20:17 | Vixen | 01-24-2020 | 03-15-2020 | PA0002240434 |
| 23 | Info Hash: EE164157CC85B1C5589DEDCB523C91D750A75399<br>File Hash: 3C436FD215694282EC63C7412A3D4801978123631FBB513B382C2AB897FD099A | 10-24-2022 17:28:19 | Vixen | 11-19-2021 | 12-09-2021 | PA0002325815 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash: 4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 10-24-2022 17:17:25 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |